# EXHIBIT 1

Exhibit 1

Page A, Special Condition 3 paragraph 2 states: You are restricted to your residence at all times except for employment, education, religious services, etc.

Page B, Special condition 5 Paragraph 2 employment and education were removed from the approved activities.

Page B, Special Condition 5 Paragraph 3, Sentence 2 was added without the courts order.

7