IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PAUL CASEY KREHBIEL, <br><br> Plaintiff, <br><br> v. <br><br> FED. BUREAU OF PRISONS et al., <br><br> Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER** <br><br><br> Case No. 2:20-CV-860-TC <br><br> District Judge Tena Campbell |

In an Order dated December 18, 2020, the Court required Plaintiff to within thirty days pay an initial partial filing fee (IPFF) of $13.67 and submit a consent to have the remaining fee collected in increments from Plaintiff's inmate account. (ECF No. 4.) To date, Plaintiff has not complied, nor has Plaintiff responded to the Order. Indeed, Plaintiff has not contacted the Court since he submitted his complaint, (ECF No. 5), and the Court's order was returned to sender, marked, "MOVED" and "Inmate not here," (ECF No. 7).

**IT IS ORDERED** that, because Plaintiff did not follow the Court's order to file an IPFF and consent, and has failed to prosecute this case, *see* DUCivR 41-2, Plaintiff's complaint is **DISMISSED** without prejudice. This action is **CLOSED**.

Dated this 22nd day of February, 2021.

BY THE COURT:

_Tena Campbell_
JUDGE TENA CAMPBELL
United States District Court